THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BUK MAWUT BUK,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD P. MAURO et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:22-CV-141 TS<br><br>District Judge Ted Stewart |

  Plaintiff has not responded to the Court's May 11, 2022, order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit an initial partial filing fee. And, if needed, Plaintiff has not since updated his address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.").

  Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

  DATED this 12th day of July, 2022.

            BY THE COURT:

            _____
            TED STEWART
            United States District Judge